# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re,<br><br>Genesis Press, Inc.,<br><br>Debtor(s). | C/A No. 13-01376-HB<br><br>Adv. Pro. No. 15-80027-HB |
| John K Fort, Chapter 7 Trustee for Genesis Press, Inc.,<br><br>Plaintiff(s),<br><br>v.<br><br>Michael Kudeviz,<br><br>Defendant(s). | Chapter 7<br><br>**JUDGMENT** |

Pursuant to the Order entered herewith, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant Michael Kudeviz is not liable to the estate as a result of the above captioned proceeding wherein Plaintiff John K Fort, Chapter 7 Trustee for Genesis Press, Inc., asserted a cause of action against Defendant for the recovery of alleged fraudulent transfers pursuant to S.C. Code Ann. § 27-23-10(A), and 11 U.S.C. § 544.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**10/03/2016**



Entered: 10/04/2016

US Bankruptcy Judge
District of South Carolina